# United States Court of Appeals for the Federal Circuit

# 2011-1033: BYWATERS V US

Lead Case:  2011-1032

U.S. District Court
Eastern District of Texas
Chief Judge Leonard Davis

Lower Court/Agency #:  99-CV-0451
Nature of Suit:  890
Case Type:  Civil US
DCT Type:  Tucker Act
Basis of Jurisdiction:  US Defendant

Notice of Appeal and Certified List Received:  10/26/2010
Notice of Appeal Filed:  10/15/2010
Docketed and Notice Sent to Parties:  10/27/2010
Certified List Filed:  10/27/2010

| Date | Event Summary |
|---|---|
|  | Nothing Due |
|  | Appellant Principal Brief Filing Date |
|  | Appellee or Cross Appellant Principal Brief Filing Date |
|  | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
|  | Appendix Filing Date |
|  | Oral Argument Date/Calendared |
| 02/15/2011 | Disposition:  Dismissed; Clerk |
| 02/15/2011 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-1033: BYWATERS V US

## List of Parties/Representation

**Party Type/Name** | **Represented by**

**Plaintiff-Appellant**

Nan O. Beeler
Ashburn Bywaters
Betty L. Hohenberger
Carl Lancaster
June Roderick
Orman Roderick

Cecilia Fex
  Ackerson Kauffman Fex, P.C.
  1701 K Street, NW
  Suite 1050
  Washington, DC  20006
  Phone #: (202)833-8833
  Fax #: (202)833-8831
  Email: fex@ackersonlaw.com
  Bar admit: 05/30/2003
  EOA Filed:   /  /
  Principal Attorney

**Defendant/Cross Appellant**

United States

Jeanne E. Davidson
  Department of Justice
  1100 L Street, N.W.
  Room 12132
  Washington, DC  20530
  Phone #: (202)514-7300
  Fax #: (202)307-0972
  Email: jeanne.davidson@usdoj.gov
  Bar admit: 03/01/1985
  Blanket EOA
  Principal Attorney

# United States Court of Appeals for the Federal Circuit

## 2011-1033: BYWATERS V US

### Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 10/27/2010 | F | 1 | Cross appeal docketed on 10/27/2010. EOD(10/27/2010 by SJ) 2011-1033<br><br>See lead appeal 2011-1032 for further entries. |
| 02/15/2011 | D | 2 | Disposition: Dismissed by Clerk under FRAP 42(B). Each side shall bear its own costs. Filed: 02/15/11. Mandate issued to the DCT: 02/15/11. EOD (02/15/11 by AR) 2011-1033 |